IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

**ALICE JOHNSON,**

    Plaintiff;

vs.                                       **Case No.: 2:21-cv-00065-CEA-CRW**

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,**

    Defendant.

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Alice Johnson, and Defendant, Hartford Life and Accident Insurance Company, by and through counsel, announce to the Court that all claims pending in this action have been compromised and settled. Each party is to bear its own costs and attorney's fees, and no costs, expenses, or fees are sought. Therefore, the parties stipulate that this entire case be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated this 16th day of September, 2021.

                                            **Respectfully Submitted,**

                                            CODY ALLISON & ASSOCIATES, PLLC

                                            /s/ Lauren W. Travis
                                            K. Cody Allison, BPR No. 20623
                                            Samuel D. Payne, BPR No. 19211
                                            Lauren W. Travis, BPR No. 32473
                                            Parkway Towers
                                            404 James Robertson Pkwy, Ste. #1623
                                            Nashville, Tennessee 37219
                                            Phone: (615) 234-6000
                                            Fax: (615) 727-0175

cody@codyallison.com
sam@codyallison.com
lauren@codyallison.com

*Attorneys for Plaintiff*

**WOMBLE BOND DICKINSON (US), LLP**

By: /s/ Nikole M. Crow
Nikole M. Crow, GA Bar No. 198359
(Admitted EDTN April 17, 2009)
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
Telephone: (404) 962-7533
nikole.crow@wbd-us.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

       I hereby certify that on this <u>16th</u> day of September, 2021, it is anticipated that a true and exact copy of the foregoing will be served via the Court's CM/ECF system on:

Nikole M. Crow
WOMBLE BOND DICKINSON (US), LLP
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
<u>nikole.crow@wbd-us.com</u>

                                                   /s/ Lauren W. Travis
                                                   Lauren W. Travis